# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lorraine Lewis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00606-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Archie L. Smith III | ) | |
| Smith, Debnam, Narron, Drake, | | |
| Saintising & Mysers | | |
| Kelly S. King | | |
| Branch Banking & Trust Company | | |
| Jeff D. Rogers**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2016 Order.

March 2, 2016

_____
Frank G. Johns, Clerk
United States District Court