UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00606-MOC-DSC

| | |
|---|---|
| **LORRAINE LEWIS,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ARCHIE L. SMITH III** ) | |
| **SMITH, DEBNAM, NARRON, DRAKE,** ) | |
| **SAINTISING & MYSERS** ) | |
| **KELLY S. KING** ) | |
| **BRANCH BANKING & TRUST COMPANY** ) | |
| **JEFF D. ROGERS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's pro se Notice of Demand to Vacate Void Judgment and Demand to Vacate Void Judgment, which cites Rule 60(b)(4) of the Federal Rules of Civil Procedure. Reading that pleading in a light most favorable to plaintiff, she appears to argue that the court should set aside its Judgment as being void and contrary to law. The reasons plaintiff provides in support of such request are, however, nonsensical and appear to rely on constructions and conflations of legal jargon that find no support in the law this court must follow. Review of the Judgment reveals that it is a lawful Judgment which is consistent with current case law and that plaintiff's Complaint was properly dismissed under Rule 12(b)(6). Nothing in the plaintiff's filing in any manner cures or calls into doubt the dismissal of this action for failure to state a cognizable cause of action.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's pro se Notice of Demand to Vacate Void Judgment and Demand to Vacate Void Judgment (#27), deemed to be a Rule 60 Motion, is **DENIED**.

Signed: March 11, 2016

Max O. Cogburn Jr.
United States District Judge